BESSIE DAVIS, ADMINISTRATRIX OF J. H. DAVIS, v. D. C. DAVIS.

(Filed 24 February, 1932.)

APPEAL by plaintiff from *Moore, Special Judge,* at September Term, 1931, of HARNETT. Affirmed.

This is an action to recover damages for the death of plaintiff's intestate.

At the close of the evidence for the plaintiff, the defendant moved for judgment as of nonsuit. The motion was allowed, and plaintiff duly excepted.

From judgment dismissing the action as of nonsuit, plaintiff appealed to the Supreme Court.

*A. A. McDonald, F. H. Taylor and Hoyle & Hoyle for plaintiff.*
*Oates & Herring for defendant.*

PER CURIAM. There was no evidence at the trial of this action tending to show that the defendant is liable for the death of plaintiff's intestate, as alleged in the complaint. For this reason, there is no error in the judgment dismissing the action as of nonsuit. C. S., 567. The judgment is
Affirmed.